IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

KRISTEN MCNAUGHTAN,

      Plaintiff,

v.                             Case No.: 5:13-cv-00862

MORRISON, EKRE & BART MANAGEMENT
SERVICES, INC.,

      Defendant.
_____/

## <u>COMPLAINT AND DEMAND FOR JURY TRIAL</u>

COMES NOW the Plaintiff, KRISTEN MCNAUGHTAN, by and through her undersigned counsel and sues the Defendant, MORRISON, EKRE & BART MANAGEMENT SERVICES, INC., and in support thereof states as follows:

1.     Plaintiff brings this action for overtime compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. §216(b).

2.     Plaintiff is an individual residing in California and worked for Defendants from January 23, 2013 through May 13, 2013 as a leasing agent for apartments.

3.     Defendant, MORRISON, EKRE & BART MANAGEMENT SERVICES, INC., is a corporation formed and existing under the laws of the State

of Texas and at all times material to this complaint, maintained and operated a business in Bexar County, Texas.

4. Defendant, MORRISON, EKRE & BART MANAGEMENT SERVICES, INC. was the Plaintiff's employer as defined by 29 U.S.C. §203(d).

5. Jurisdiction is conferred on this Court by Title 28 U S.C. §1331 and by Title 29 U.S.C. §216(b). At all times pertinent to this Complaint, Defendant MORRISON, EKRE & BART MANAGEMENT SERVICES, INC., was an enterprise engaged in interstate commerce. Additionally, Plaintiff was individually engaged in commerce and her work was essential to Defendants' business. Venue is proper in this district under 28 U.S.C. § 1391.

6. During one or more weeks of Plaintiff's employment with Defendant, Plaintiff worked in excess of forty (40) hours (overtime hours).

7. During one or more weeks of Plaintiff's employment with Defendant wherein Plaintiff worked overtime hours, Defendant failed to pay Plaintiff one and one-half times her regular rate of pay for each overtime hour worked.

8. The acts described in the preceding paragraphs violate the Fair Labor Standards Act, which prohibits the denial of overtime compensation for hours worked in excess of forty (40) per workweek. Defendant willfully denied Plaintiff's right to overtime compensation under the FLSA.

9.     As a result of Defendant's unlawful conduct, Plaintiff is entitled to actual and compensatory damages, including the amount of unpaid overtime compensation that Defendant failed to pay Plaintiff.

10.    Because of Defendant's violation of the FLSA, Plaintiff is entitled to an additional amount equal to the amount of unpaid overtime compensation as liquidated damages.

11.    Plaintiff is also entitled to compensation of the out of pocket expenses and costs of court she will incur in this action.   Plaintiff is also entitled to reasonable and necessary attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that:

1.   The Court assume jurisdiction of this cause and that Defendant be cited to appear;

2.   The Court award damages to Plaintiff as specified above with Defendant being held liable;

3.    The Court award reasonable and necessary attorneys' and expert fees and costs;

4.   The Court award Plaintiff pre- and post-judgment interest at the highest rates allowed.

Plaintiff further prays for any such other relief as the Court may find proper, whether at law or in equity.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted this 19th day of September, 2013.

**ROSS LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Charles@rosslawpc.com

_____
**CHARLES L. SCALISE**
Texas Bar No. 24064621
DANIEL B. ROSS
State Bar No. 00789810
THOMAS H. PADGETT, JR.
State Bar No. 15405420
**ATTORNEYS FOR PLAINTIFF**