IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KRISTEN MCNAUGHTAN,<br>Plaintiff,<br><br>vs.<br><br>MORRISON, EKRE & BART<br>MANAGEMENT SERVICES,<br>INC.,<br>Defendant. | No. CIV13-1640-TUC-CKJ<br><br>**ORDER ON DISMISSAL** |

On this day, the Court considered the Parties Stipulation of Dismissal with Prejudice. Having considered the pleading, the above-styled and numbered cause is hereby ORDERED DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED the Clerk of Court shall close its file in this matter.

Dated this 9th day of April, 2014.

_____
Cindy K. Jorgenson
United States District Judge